UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH ALBERT MONTANO,<br><br>        Plaintiff,<br><br>    v.<br><br>7-ELEVEN, INC., et al.,<br><br>        Defendants. | Case No. 23-cv-02854-VC<br><br>**ORDER TO SHOW CAUSE REGARDING JURISDICTION** |

As discussed at the Case Management Conference on September 15, 2023, defendants are ordered to show cause why this matter should not be remanded to state court because of defendant Dana Doe. *See, e.g.*, *Saludares v. Costco Wholesale Corp.*, No. 23-cv-02325-VC, 2023 WL 5019897 (N.D. Cal. Aug. 4, 2023). 7-Eleven shall respond within 14 days, and Montano shall reply 7 days after that.

**IT IS SO ORDERED.**

Dated: September 20, 2023

VINCE CHHABRIA
United States District Judge